IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CHRISTOPHER LEE NEAL,**

    **Petitioner,**

**v.**                                        **Case No. 1:06CV69**

**JOYCE FRANCIS,**

    **Respondent.**

### ORDER DENYING PETITIONER'S MOTION TO ALTER JUDGMENT

For the reasons set forth in this Court's May 3, 2007 "Order Affirming the Magistrate Judge's Report and Recommendation", this Court **DENIES** petitioner's Motion to Alter Judgment (dkt. no. 18) and orders that this matter be **STRICKEN** from the Court's docket.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies, and to mail a copy of this Order to the petitioner.

Dated: September 24, 2007

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE