IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CHRISTOPHER LEE NEAL,**

    Petitioner,

v.                                        Case No. 1:06cv69

**JOYCE FRANCIS,**

    Respondent.

## ORDER DENYING PETITIONER'S MOTION FOR RELEASE PENDING APPEAL AND DENYING PETITIONER'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

For the reasons set forth in this Court's May 3, 2007 "Order Affirming the Magistrate Judge's Report and Recommendation", the Court **DENIES** petitioner's Motion for release pending appeal (dkt. no. 22) and **DENIES** and **DISMISSES WITH PREJUDICE** Neal's Application to Proceed Without Prepayment of Fees and Affidavit (dkt. no. 25).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies, and to mail a copy of this Order to the petitioner.

Dated: October 22, 2007

                                      /s/Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE